Memorandum Opinion issued January 23, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01249-CV

____________


IN RE BREWER & PRITCHARD, P.C., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Brewer & Pritchard, P.C., has filed a petition for writs of prohibition
and/or mandamus complaining of the trial court's (1) November 18, 2002 order denying
relator additional discovery following reversal and remand of a summary judgment
for the defendants. We are unable to conclude that the respondent has interfered with
our jurisdiction or abused her discretion.

 We deny the petition.

PER CURIAM


Panel consists of Justices Hedges, Jennings, and Alcala.
1. The Honorable Patricia Hancock, presiding judge of the 113th District Court of
Harris County, Texas. The underlying lawsuit is Brewer & Pritchard, P.C. v. Nick Johnson
and James W. Chang, trial court cause number 98-43230.